Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Raymon Sellers

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WESTERN DENTAL SERVICES, INC. dba WESTERN DENTAL; ROIC CALIFORNIA, LLC,<br><br>　　　　　Defendants. | No. 2:19-cv-02562-TLN-CKD<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Raymon Sellers and Defendants, Western Dental Services, Inc. dba Western Dental; and ROIC California, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: August 7, 2020              MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Raymon Sellers

Dated: August 10, 2020             WOOD, SMITH, HENNING & BERMAN LLP

                                   */s/ Sheila E. Fix*
                                   Sheila E. Fix
                                   Attorneys for Defendant,
                                   Western Dental Services, Inc. dba Western Dental

Dated: August 7, 2020              VAUGHAN & ASSOCIATES

                                   */s/ Cris C. Vaughan*
                                   Cris C. Vaughan
                                   Attorneys for Defendant,
                                   ROIC California, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Raymon Sellers